**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Carol Anne May** | Social Security number or ITIN | **xxx–xx–9120** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **George E May Jr.** | Social Security number or ITIN | **xxx–xx–7310** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter **7** | **September 19, 2017** |
| Case number: | **17–13142–KHK** | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Carol Anne May | George E May Jr. |
| **2.** | **All other names used in the last 8 years** | aka Carolanne May | |
| **3.** | **Address** | 42 Crater Lane<br>Stafford, VA 22556 | 42 Crater Lane<br>Stafford, VA 22556 |
| **4.** | **Debtor's attorney**<br>Name and address | Jeremy Calvin Huang<br>Woehrle Dahlberg Jones Yao PLLC<br>10615 Judicial Dr.<br>Suite 102<br>Fairfax, VA 22030 | Contact phone 7037550214<br>Email: jhuang@lawfirmvirginia.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Donald F. King<br>1775 Wiehle Avenue, Suite 400<br>Reston, VA 20190 | Contact phone (703) 218–2100<br>Email:  Kingtrustee@ofplaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**              page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: September 20, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 26, 2017 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**115 South Union Street, Suite 206, Alexandria, VA 22314** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  December 26, 2017** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

```
United States Bankruptcy Court
Eastern District of Virginia

In re:                                                              Case No. 17-13142-KHK
Carol Anne May                                                      Chapter 7
George E May, Jr.
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0422-9          User: shepherda              Page 1 of 2                   Date Rcvd: Sep 21, 2017
                              Form ID: 309A                Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
db/jdb         +Carol Anne May,    George E May, Jr.,    42 Crater Lane,    Stafford, VA 22556-4511
tr             +Donald F. King,    1775 Wiehle Avenue, Suite 400,    Reston, VA 20190-5159
14057714        Aaron's Inc.,    400 Galleria Pkwy SE STE 300,    Atlanta, GA 30339-3182
14057715        American Anesth of Virginia PC,    PO Box 120153,    Grand Rapids, MI 49528-0103
14057717       +Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin St,    Woodland Hills, CA 91367-3714
14057722       +Consumer Portfolio Svc,    Attn: Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
14057725        ENT and Facial Plastic Surgery,    1708 Fall Hill Ave, Suite 100,
                 Fredericksburg, VA 22401-3511
14057724        Elephant Auto Insurance,    P.O. Box 75658,    Baltimore, MD 21275-5658
14057728        Geico,    PO Box 9518,    Fredericksburg, VA 22403-9518
14057730        LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
14057731       +Mary Washington Hospital,    2300 Fall Hill Ave,    Suite 101,    Fredericksburg, VA 22401-3342
14057732       +Midnight Velvet,    Swiss Colony/Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14057733       +Mobiloans,    PO Box 1409,    Marksville, LA 71351-1409
14057736       +Nhcash.com,    169 South River Road. Suite 19,    Bedford, NH 03110-6934
14057737       +Patient First -Garrisonville,    60 Prosperity lane,    Stafford, VA 22556-4605
14057742       +Sentara,    95 Dunn Drive,    Stafford, VA 22556-1503
14057743       +Seventh Avenue,    Seventh Avenue, Inc,    1112 7th Ave,    Monroe, WI 53566-1364
14057744       +SilverCloud Financial,    635 State Hwy 20,    Upper Lake, CA 95485-8793
14057746       +Stafford Hospital Center,    2300 Fall Hill Ave,    Suite 314,    Fredericksburg, VA 22401-3343
14057747       +Stafford Primary Care Associat,    PO Box 845,    Fredericksburg, VA 22404-0845
14057748       +United Consumers,    14205 Telegraph Rd,    Woodbridge, VA 22192-4615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: jhuang@lawfirmvirginia.com Sep 22 2017 01:57:40      Jeremy Calvin Huang,
                 Woehrle Dahlberg Jones Yao PLLC,    10615 Judicial Dr.,    Suite 102,    Fairfax, VA   22030
tr             +EDI: BDFKING Sep 22 2017 01:43:00      Donald F. King,    1775 Wiehle Avenue, Suite 400,
                 Reston, VA 20190-5159
14057716       +EDI: PHINAMERI.COM Sep 22 2017 01:43:00      AmeriCredit/GM Financial,    Po Box 183853,
                 Arlington, TX 76096-3853
14057718       +EDI: CAPITALONE.COM Sep 22 2017 01:43:00      Capital One,    Attn: Bankruptcy,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
14057719        E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Sep 22 2017 01:57:46       CashNetUSA,
                 PO Box 643990,    Cincinnati, OH 45264-3990
14057720       +E-mail/Text: bankruptcy@cavps.com Sep 22 2017 01:58:57      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
14057721       +EDI: WFNNB.COM Sep 22 2017 01:43:00      Comenity Capital Bank,    P.O. Box 659707,
                 San Antonio, TX 78265-9707
14057723       +EDI: RCSFNBMARIN.COM Sep 22 2017 01:43:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
14057726       +EDI: BLUESTEM Sep 22 2017 01:43:00      Fingerhut,    6250 Ridgewood Rd,
                 St Cloud, MN 56303-0820
14057727       +EDI: AMINFOFP.COM Sep 22 2017 01:43:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
14057729        EDI: IRS.COM Sep 22 2017 01:43:00      Internal Revenue Service,    PO Box 21126,
                 Philadelphia, PA 19114-0000
14057734        E-mail/Text: bankruptcy@moneylion.com Sep 22 2017 01:59:23      Moneylion,    PO Box 1547,
                 Sandy, UT 84091-1547
14057735       +E-mail/Text: Bankruptcy_3rdParty_Team@cashnetusa.com Sep 22 2017 01:59:28
                 Net Credit Financial,    Po Box 645295,    Cincinnati, OH 45264-0001
14057738       +E-mail/Text: bankruptcy@progfinance.com Sep 22 2017 01:58:43      Progressive Leasing,
                 256 W Data Dr,    Draper, UT 84020-2315
14057739        E-mail/Text: colleen.atkinson@rmscollect.com Sep 22 2017 01:59:38       Receivable Management Inc,
                 7206 Hull Rd,    Ste 211,    Richmond, VA 23235-0000
14057740        E-mail/Text: colleen.atkinson@rmscollect.com Sep 22 2017 01:59:38
                 Receivables Management Systems,    PO Box 8630,    Richmond, VA 23226-0630
14057741       +EDI: RESURGENT.COM Sep 22 2017 01:43:00      Resurgent Capital Services,    55 Beattie Place,
                 Suite 110 MS 576,    Greenville, SC 29601-5115
14057745        EDI: BLUECHIP.COM Sep 22 2017 01:43:00      SpotLoan,    PO Box 927,    Palatine, IL 60078-0927
14057750        E-mail/Text: bkr@taxva.com Sep 22 2017 01:59:15      Virginia Dept of Taxation,    P.O. Box 1880,
                 Richmond, VA 23218-1880
14057749        EDI: VERIZONCOMB.COM Sep 22 2017 01:43:00      Verizon,    PO Box 15124,    Albany, NY 12212-5124
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0422-9          User: shepherda              Page 2 of 2              Date Rcvd: Sep 21, 2017
                              Form ID: 309A                Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2017 at the address(es) listed below:
              Donald F. King    Kingtrustee@ofplaw.com, va50@ecfcbis.com
              Jeremy Calvin Huang    on behalf of Joint Debtor George E May, Jr. jhuang@lawfirmvirginia.com
              Jeremy Calvin Huang    on behalf of Debtor Carol Anne  May jhuang@lawfirmvirginia.com
              Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov
                                                                                             TOTAL: 4
```